IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| KELLY MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-652-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Philip W. Studenberg
200 Pine Street
Klamath Falls, Oregon 97601

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - JUDGMENT

Carol A. Hoch
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

      Dated this   13th   day of February, 2008.

                       /s/ Garr M. King
                       Garr M. King
                       United States District Judge